UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALINA TITOVA, | No.  1:26-cv-01583 DAD CSK |
| Petitioner, | |
| v. | ORDER |
| CALIFORNIA CITY DETENTIONFACILITY, ET AL, | |
| Respondents. | |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, and a request to proceed in forma pauperis. Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted.  28 U.S.C. § 1915(a).  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On March 5, 2026, the district court converted petitioner's motion for temporary restraining order to a motion for preliminary injunction, granted the preliminary injunction, ordered petitioner's immediate release, and referred the matter to the undersigned for further proceedings.  (ECF No. 13.)  Within 7 days of the date of this order, respondents shall file a Status Report to confirm that petitioner was released from custody as ordered by the district court.

1

On February 27, 2026, respondents filed an opposition to petitioner's motion for temporary restraining order, and on March 3, 2026, respondent filed a supplemental brief pursuant to the district court's order.  (ECF Nos. 8, 11.)  If additional briefing is needed to decide the petition on the merits, within 10 days of the date of this order, respondent shall file a motion to dismiss or answer to the petition for writ of habeas corpus.  Petitioner is granted ten days thereafter to file an opposition to the motion to dismiss or a traverse/reply if respondent files an answer.  If petitioner does not file an opposition or traverse/reply by this deadline, the petition will be deemed submitted on the record before the court at that time.  If petitioner files an opposition, respondents may file a reply within 7 days of the filing of petitioner's opposition.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted.

2.  Within 7 days of the date of this order, respondents shall file a Status Report to confirm that petitioner was released from custody as ordered by the district court.

3.   If additional briefing is needed to decide the petition on the merits, within 10 days of the date of this order, respondent shall file a motion to dismiss or answer to the petition for writ of habeas corpus.  Petitioner is granted ten days thereafter to file an opposition to the motion to dismiss or a traverse/reply if respondent files an answer.  If petitioner does not file an opposition or traverse/reply by this deadline, the petition will be deemed submitted on the record before the court at that time.  If petitioner files an opposition, respondents may file a reply within 7 days of the filing of petitioner's opposition.

4.  Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  March 10, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/tito1583.100.prose.released

3